IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Brittany Ball, | ) | C/A No.:  3:14-770-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Paul Allen Derrick, *individually and as a* | ) | **ORDER** |
| *Deputy Sheriff for the County of Richland*; Leon | ) | |
| Lott, *Sheriff of Richland County*; Richland | ) | |
| County Sheriff's Department; Richland County, | ) | |
| SC; and Buffalo Wild Wings, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on the motion of Defendant Buffalo Wild Wings seeking release of the plaintiff's medical records from William Jennings Bryan Dorn VA Medical Center pursuant to 5 U.S.C. § 552a(b)(11).  (ECF No. 48.)  The plaintiff has not filed opposition to the defendant's motion.  For the reasons stated in the defendant's motion and pursuant to 5 U.S.C. § 522a(b)(11) and 38 C.F.R. § 1.511(b), the court directs William Jennings Bryan Dorn VA Medical Center to disclose the medical records (except for drug and alcohol abuse, human immunodeficiency virus, and sickle cell anemia treatment records, if any) of Plaintiff Brittany Ball, DOB:    1990, stationed at Fort Jackson, Columbia, South Carolina from October 7, 2012 through present to Defendant Buffalo Wild Wings.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 5, 2015
Columbia, South Carolina