IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Brittany Ball, | ) | C/A No. 3:14-770-TLW-PJG |
|               Plaintiff, | ) | |
| v. | ) | |
| Paul Allen Derrick, *individually and as a Deputy Sheriff for the County of Richland*; Leon Lott, *Sheriff of Richland County*; Richland County Sheriff's Department; Richland County, SC; and Buffalo Wild Wings, | ) | **ORDER** |
|               Defendants. | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging violations of her civil rights by the named defendants.[1] The defendants[2] filed a motions for summary judgment on March 2 and March 3, 2015, pursuant to the Federal Rules of Civil Procedure. (ECF Nos. 67 & 69.) As of the date of this order, the plaintiff has failed to respond to the motions in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that she does not oppose the motions and wishes to abandon this action.

---

[1] This action was removed from the Richland County Court of Commons Pleas.

[2] The court is informed that the plaintiff has settled her claims with Defendant Buffalo Wild Wings. Accordingly, Defendant Buffalo Wild Wings's motion for summary judgment (ECF No. 68) is not addressed in this order.

PJG

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendants' motions for summary judgment within seven (7) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendants' motion, see Local Civil Rule 7.06 (D.S.C.), or may be recommended for dismissal with prejudice for failure to prosecute. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

April 7, 2015  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE