AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Brittany Ball,
*Plaintiff*
v.
Paul Allen Derrick, *individually and as a Deputy Sheriff for the County of Richland*;
Leon Lott, *Sheriff of Richland County*;
Richland County Sheriff's Department;
and Richland County, SC,
*Defendants*

Civil Action No.   3:14-cv-00770-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Brittany Ball, shall take nothing of the defendants, Paul Allen Derrick, Leon Lott, Richland County Sheriff's Department; and Richland County, SC, as to the complaint filed and the action as to these defendants is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.
☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having accepted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the action against defendants Paul Allen Derrick, Leon Lott, Richland County Sheriff's Department; and Richland County, SC, with prejudice for failure to prosecute.

Date:   June 24, 2015                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/G. Mills
                                                              *Signature of Clerk or Deputy Clerk*